UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| SHAUN GILLIKIN ) | |
|       Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 4:24-CV-132-FL |
| FRANK J. BISIGNANO, ) | |
| *Acting Commissioner of Social Security* ) | |
| ) | |
|       Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' cross-briefs and the memorandum and recommendation of the United States Magistrate Judge, to which objections were not filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered July 28, 2025, and for the reasons set forth more specifically therein, that plaintiff's brief is granted. This matter is remanded to defendant pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

**This Judgment Filed and Entered on July 28, 2025, and Copies To:**
Charles F. Hall, IV (via CM/ECF Notice of Electronic Filing)
Joanne Kernicky / Wanda Mason (via CM/ECF Notice of Electronic Filing)

July 28, 2025                PETER A. MOORE, JR., CLERK

                                        /s/ Sandra K.Collins
                                    (By) Sandra K. Collins, Deputy Clerk